UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| AFSHIN BAHRAMPOUR,<br><br>          Plaintiff,<br>   v.<br><br>NATIONAL SECURITY AGENCY, *et al.*,<br><br>          Defendants. | Case No 2:21-cv-02161-ART<br><br>ORDER DISMISSING CASE |

    On February 10, 2023, the Clerk provided the Plaintiff with notice regarding intent to dismiss for want of prosecution pursuant to LR 41-1 if no action was taken in the case by March 12, 2023. (ECF No. 2.)

    As no action was taken by the deadline, this action is DISMISSED pursuant to LR 41-1.

    The Clerk of the Court is directed to CLOSE this case.

    Dated this 7th day of November, 2024.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1